# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLINTON HITNER, | : | CIVIL ACTION NO. 1:21-CV-430 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| CORRECTIONS CAPTAIN REESE, | : | |
| CORRECTIONS LIEUTENANT | : | |
| NEWBERRY, JOHN DOE | : | |
| CORRECTIONS OFFICERS 1, 2, & 3, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 19th day of October, 2021, upon consideration of the filing of

defendants' answer (Doc. 21) to the amended complaint, it is hereby ORDERED

that:

1. Discovery shall be completed on or before January 24, 2022. In accordance with Local Rule of Court 5.4 (b), the parties shall refrain from filing discovery requests with the court.

2. Dispositive motions shall be filed on or before February 23, 2022.

3. No extensions of the pre-trial schedule shall be granted absent good cause. See FED. R. CIV. P. 16(b).

4. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

5. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

6.    Plaintiff's motion (Doc. 23) to compel discovery is DISMISSED without prejudice as premature.


                                    /S/ CHRISTOPHER C. CONNER
                                    Christopher C. Conner
                                    United States District Judge
                                    Middle District of Pennsylvania