# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLINTON HITNER,** | : | CIVIL ACTION NO. 1:21-CV-430 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CORRECTIONS CAPTAIN REESE,** | : | |
| **CORRECTIONS LIEUTENANT** | : | |
| **NEWBERRY, CORRECTIONS** | : | |
| **OFFICER MACKEY, CORRECTIONS** | : | |
| **OFFICER JORDAN, CORRECTIONS** | : | |
| **OFFICER ERDLEY,** | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 4th day of January, 2022, upon consideration of plaintiff's motions (Docs. 28, 30, 37) to compel discovery wherein he seeks "any and all electronically stored recordings, images of the metal detector shed in the yard of SCI Frackville during the hours of 12:00 pm to 2:00 pm on the date of July 6, 2019 that are stored in any medium which it can be obtained", and upon further consideration of defendants' representation (Doc. 39) that they inadvertently failed to respond to this discovery request, but would immediately provide their response to plaintiff, it is hereby ORDERED that the motions (Docs. 28, 30, 37) are DISMISSED without prejudice as moot.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania