## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLINTON HITNER,** | : | **CIVIL ACTION NO. 1:21-CV-430** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **CORRECTIONS CAPTAIN REESE,** | : | |
| **CORRECTIONS LIEUTENANT** | : | |
| **NEWBERRY, CORRECTIONS** | : | |
| **OFFICER MACKEY, CORRECTIONS** | : | |
| **OFFICER JORDAN, CORRECTIONS** | : | |
| **OFFICER ERDLEY,** | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 15th day of August, 2022, upon consideration of the parties'
cross-motions (Docs. 41, 52, 57) for summary judgment, and for the reasons set forth
in the accompanying memorandum, it is hereby ORDERED that:

1.    Defendants' motion (Doc. 52) is GRANTED.

2.    Plaintiffs' motions (Docs. 41, 57) are DENIED.

3.    The Clerk of Court is directed to ENTER judgment in favor of
      defendants and against plaintiff.

4.    Any appeal from this order is DEEMED frivolous and not in good faith.
      <u>See</u> 28 U.S.C. § 1915(a)(3).

5.    The Clerk of Court is directed to CLOSE this case.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania